IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

RAHAANA REYNOLDS,

    Plaintiff,

v.

FAVORITE HEALTHCARE STAFFING, INC.,

    Defendant.

CASE NO.: 23-14309-CIV-CANNON

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Rahaana Reynolds, and Defendant Favorite Healthcare Staffing, Inc. ("Defendant" or "Favorite"),[1] pursuant to S.D. Fla. L.R. 16.4 and the Order Setting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge (DKT 12), hereby notify this Court the parties have agreed upon an amicable settlement in the above-referenced action and will also notify the Court of the resolution pursuant to the Order Setting Trial, Setting Pre-Trial Deadlines, and Referring Certain Matters to Magistrate Judge.

---

[1] Favorite Healthcare Staffing, Inc. converted to a limited liability company in 2022. Favorite Healthcare Staffing, LLC is the proper entity.

| | |
|---|---|
| Dated: February 29, 2024, | Respectfully submitted, |
| */s/ Anthony M. George-Pierre* | */s/ Natalie J. Storch* |
| Anthony M. George-Pierre, Esquire<br>Florida Bar No.: 0533637<br>agp@rgph.law<br>Jorge L. Costa, Esquire<br>Florida Bar No.: 1031513<br>jcosta@rgph.law<br>Remer, George-Pierre & Hoogerwoerd PLLLC<br>2745 Ponce De Leon Boulevard<br>Coral Gables, FL 33134<br> Telephone: 305.416.5000<br><br>Attorneys for Plaintiffs | Natalie J. Storch,<br>Florida Bar No. 0269920<br>njstorch@littler.com<br>LITTLER MENDELSON P.C.<br>111 North Orange Avenue<br>Suite 1750<br>Orlando, FL  32801-2366<br>Telephone:        407.393.2900<br>Facsimile:         407.393.2929<br><br>Phillip Marchion<br>Florida Bar No. 23773<br>E-mail:  pmarchion@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. Barnes Avenue, Suite 2700<br>Miami, Florida 33131<br>Tel: (305) 400-7500<br>Fax: (305) 603-2552<br><br>Attorneys for Defendant |